**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HADEL SHAFI,** individually and as guardian ad litem for Dannah Shafi, **DANNAH SHAFI, AREEG SHAFI, AND RAMI SHAFI,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED AIR LINES, INC.** *et al.*,<br><br>Defendants. | Case No.: 12-CV-4451 YGR<br><br>**ORDER DENYING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR DANNAH SHAFI, WITHOUT PREJUDICE.** |

Plaintiffs Hadel Shafi, Dannah Shafi, Areeg Shafi, and Rami Shafi filed their Application for Appointment of Guardian Ad Litem for Dannah Shafi on September 13, 2012, seeking appointment of co-Plaintiff Hadel Shafi as the guardian ad litem for minor Dannah Shafi. (Dkt. No. 4.) On September 25, 2012, this case was reassigned to the undersigned for all further proceedings.

The Court **DENIES** the Application **WITHOUT PREJUDICE**. In the absence of special circumstances, the Court generally declines to appoint a co-plaintiff as a guardian ad litem for another plaintiff because of the potential for conflicting interests in the context of settlement or trial.

Plaintiffs are directed to submit a new application seeking appointment of a non-party as guardian ad litem or a renewed application with an explanation warranting an exception under the circumstances here.

**IT IS SO ORDERED**.

**Date:October 1, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**