UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HADEL SHAFI, D.S., AREEG SHAFI, AND RAMI SHAFI,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED AIR LINES, INC.** *et al.***,**<br><br>Defendants. | **Case No.: 12-CV-4451 YGR**<br><br>**ORDER SEALING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM ON THE COURT'S OWN MOTION AND GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF D.S.** |

Plaintiffs Hadel Shafi, D.S., Areeg Shafi, and Rami Shafi filed their second Application for Appointment of Guardian Ad Litem for D.S. on November 16, 2012, seeking appointment of Atef Ibrahim as the guardian ad litem for minor **D.S**. (Dkt. No. 16.)

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, the Court, on its own motion, hereby **ORDERS** the Clerk to **SEAL** the application at Docket No. 16 because it contains private, identifying information of a minor.

The Court **GRANTS** the Application as follows:

Applicant Atef Ibrahim is appointed as guardian ad litem for **D.S.**, a minor of the age of 12 and a plaintiff in this action.

Appointment of a guardian ad litem is appropriate because Plaintiff **D.S.** is a minor in need of representation for purposes of litigation and/or settlement and to act in her best interest.

Atef Ibrahim may be contacted at 4237 Lake Street, Santa Clara, California 95054, phone number 408-666-0566. Atef Ibrahim has consented to be the guardian ad litem for D.S. and has represented that he is competent to protect the rights of D.S. and has no interests adverse to D.S.

**IT IS SO ORDERED**.

**Date: November 26, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**