UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADEL SHAFI, D.S., AREEG SHAFI, RAMI SHAFI,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIR LINES, INC., et al.<br><br>Defendants. | Case No. C 12-4451 YGR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF: REQUEST FOR CONTINUANCE OF CERTAIN PRE-TRIAL DATES<br>***AS MODIFIED BY THE COURT***<br><br>Honorable Yvonne Gonzalez Rogers<br>United States District Judge |

The Court, having read and considered Defendants' unopposed motion for administrative relief and accompanying Declaration of Richard G. Grotch, and good cause appearing, **ORDERS** as follows:

1. CASE MANAGEMENT CONFERENCE:  The further case management conference shall be continued from Wednesday, September 11, 2013, to **Monday, December 9, 2013, at 2:00 p.m.** in Courtroom 5, 2nd Floor, Oakland;

2. ADR:  The case is referred to a magistrate judge for a settlement conference to be completed by **August 9, 2013**;

1

ORDER RE: UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF *AS MODIFIED BY THE COURT*
Case No:  CV 12-4451 YGR

3. NON-EXPERT DISCOVERY CUTOFF:  deadline to be continued from August 8, 2013 to **November 8, 2013**;

4. INITIAL DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED):  deadline to be continued from August 1, 2013 to **October 30, 2013**;

5. DISCLOSURE OF REBUTTAL EXPERTS (RETAINED/NON-RETAINED): deadline to be continued from August 13, 2013 to **November 13, 2013**;

6. EXPERT DISCOVERY CUTOFF:  deadline to be continued from September 9, 2013 to **December 18, 2013**;

7. DISPOSITIVE MOTIONS TO BE HEARD BY: hearing deadline to be continued from November 12, 2013 to **January 14, 2014** (filing deadline to be continued from October 8, 2013 to **December 10, 2013**).

The other provisions of the Case Management and Pretrial Order, including the following dates, **ARE MODIFIED AS FOLLOWS**:

    a. COMPLIANCE HEARING: Friday, **March 28, 2014,** at 9:01 a.m.;

    b. JOINT PRETRIAL CONFERENCE STATEMENT:  **April 4, 2014**

    c. PRETRIAL CONFERENCE: Friday, **April 18, 2014**, 9:00 a.m.

    d. TRIAL DATE AND LENGTH:  Monday, **May 5, 2014,** at 8:30 a.m., for 5 days (jury trial).

**IT IS SO ORDERED.**

Dated:  May 15, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

2
ORDER RE: UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF *AS MODIFIED BY THE COURT*
Case No:  CV 12-4451 YGR