**In the United States District Court**
**for the Northern District of California**
Settlement Conference Minutes
U.S. Magistrate Judge
Kandis A. Westmore

**Date:**  July 26, 2013

**FTR:**  4:47-4:56

**Case No.:** C12-4451 WHO (KAW)

**Case Name:**   Hadel Shafi, et al v. United Airlines, Inc., et al

**Counsel:**
**Plf:** Robert Cartwright, David Yen                    **Def:** Richard Grotch

**Outcome of Settlement Conference:**

|         |                       |
|---------|-----------------------|
| ___X___ | Settled               |
| _____ | Partial settlement    |
| _____ | Did not settle        |
| _____ | Other:                |

**Notes:**  Settlement placed on the record.

**Time:**  5 hrs. 7 mins.

cc: KAW, WHO