Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendants
UNITED AIR LINES, INC. and
UNITED CONTINENTAL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADEL SHAFI, D.S., AREEG SHAFI, and RAMI SHAFI,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIR LINES, INC., et al.,<br><br>Defendants. | Case No.  CV 12-4451 WHO<br><br>STIPULATION AND ORDER REGARDING DISMISSAL, WITH PREJUDICE, OF CLAIM OF PLAINTIFF HADEL SHAFI <u>ONLY</u><br><br>Honorable William H. Orrick<br>United States District Judge |

IT IS HEREBY STIPULATED, by and between plaintiff HADEL SHAFI and defendants UNITED AIR LINES, INC. and UNITED CONTINENTAL HOLDINGS, INC., through their respective counsel of record, that the claims of plaintiff HADEL SHAFI, be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

SO STIPULATED.

Dated:  August 7, 2013                          THE CARTWRIGHT LAW FIRM, INC.

/s/ *David G. Yen*

By: _____
      David G. Yen
      Attorneys for Plaintiffs

1

Dated: August 8, 2013               CODDINGTON, HICKS & DANFORTH

                                    /s/ *Richard G. Grotch*

                                    By: _____
                                        Richard G. Grotch (*)
                                        Gina J. Beltramo
                                        Attorneys for Defendants

(*)     I hereby attest that I have on file all Holographic
        signatures indicated by a "conformed" signature
        (/s/)   within this e-filed document.

# ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the claims of plaintiff HADEL SHAFI, <u>only</u>, are dismissed with prejudice, each party to bear her or its own attorneys' fees and costs of suit.

SO ORDERED.

Dated: August 9, 2013

                                    _____
                                    Honorable William H. Orrick
                                    United States District Judge