Robert E. Cartwright, Jr., Esq. (SBN: 104284)
David G. Yen, Esq.  (SBN: 234550)
THE CARTWRIGHT LAW FIRM, INC.
222 Front Street, Fifth Floor
San Francisco, CA  94111
Telephone:  (415) 433-0444 Fax:  (415) 433-0449

Attorneys for Plaintiffs Hadel Shafi, individually, Hadel Shafi as Guardian Ad Litem for Dannah Shafi, Dannah Shafi, Areeg Shafi, Rami Shafi

UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADEL SHAFI, Individually, HADEL SHAFI, as Guardian Ad Litem for DANNAH SHAFI, DANNAH SHAFI, AREEG SHAFI, RAMI SHAFI,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED AIR LINES, INC. (a corporation) doing business as UNITED AIRLINES, UAL CORPORATION (a corporation) UNITED CONTINENTAL HOLDINGS, INC. (a corporation) and DOES 1 through 30, inclusive,<br><br>    Defendants. | Civil Action No.  CV 12-4451 WHO<br><br>**PETITION AND ORDER TO APPROVE COMPROMISE OF DISPUTED CLAIM OF MINOR D.S.**<br><br>Honorable William H. Orrick<br>United States District Judge |

Comes now ATEF IBRAHIM, as Guardian Ad Litem for Minor Plaintiff Dannah Shafi, otherwise referred to as Plaintiff D.S., by and through his counsel The Cartwright Law Firm, (hereinafter "Petitioner") and respectfully represents:

    1.    Wherefore the matter of Hadel Shafi, et al. v. United Air Lines, Inc., et al. settled before Magistrate Judge Kandis A. Westmore on July 26, 2013.

2.      Wherefore the terms of the settlement were as follows: Defendant United Air Lines, Inc. would pay a total of $67,500 to be divided equally among Plaintiffs Rami Shafi, Areeg Shafi, and D.S. Therefore, Plaintiff D.S.'s share of the settlement would be $22,500, before attorney's fees and costs.

3.      Attorney's fees as to Plaintiff D.S., set at 25%, came to $5,270.81. Litigation expenses were $1,416.76. Plaintiff D.S.'s net recovery therefore came out to $15,812.00.

4.      Wherefore Plaintiff D.S. is a daughter to Plaintiff Decedent Max Shafi, who died on October 21, 2010 after losing consciousness while aboard a United Airlines flight from London to San Francisco on August 29, 2010. Plaintiff D.S. brought a claim for the loss of companionship, love, comfort, support, and affection resulting from the death of Plaintiff Decedent Max Shafi.

5.      Wherefore the settlement of minor D.S. is fair and reasonable for the following reason: This was an extremely difficult case of liability against Defendant United Air Lines. Plaintiff Decedent Max Shafi had a long history of illness, including end stage liver disease. Plaintiffs acknowledged they would have an uphill battle proving causation at trial. Additionally, Plaintiff Rami Shafi's account of what transpired aboard the plane is uncorroborated by every other witness on the flight. While Plaintiff D.S. enjoyed a close relationship with Max Shafi, she did not reside with Max Shafi at the time of his death and Mr. Shafi was absent for a period of five years from her life from 2002 to 2007.

6.      Plaintiff D.S. incurred no medical expenses as a result of the death of Plaintiff Decedent Max Shafi. There is also no documented loss of financial support from Max Shafi. Max Shafi was not ordered to pay child support as a result of the dissolution of marriage to former Plaintiff Hadel Shafi.

7. Plaintiff D.S.'s portion of the settlement proceeds come out to $15,812.00. This amount will be invested into a single premium annuity. Plaintiff is guaranteed a payout of $19,269.48 on August 26, 2022. The details of this structure are illustrated in Exhibit A, attached hereto to this Petition.

Respectfully submitted.

Dated: October 1, 2013                          THE CARTWRIGHT LAW FIRM

                                                _____
                                                Robert E. Cartwright, Jr.
                                                David G. Yen
                                                *Attorneys for Plaintiffs*

**ORDER**

Based on the above representations, the COURT hereby approves the settlement of Plaintiff D.S.

SO ORDERED.

Dated:  October 3, 2013                         _____
                                                Honorable William H. Orrick
                                                United States District Judge